**RADFORD v. KEITH**

[358 N.C. 136 (2004)]

MARLENE A. RADFORD v. DONALD W. KEITH, DONALD W. KEITH & ASSOC. INC.

No. 518A03

(Filed 6 February 2004)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, —— N.C. App. ——, 584 S.E.2d 815 (2003), affirming a judgment entered 8 May 2002 by Judge John R. Jolly, Jr. in Superior Court, Brunswick County. Heard in the Supreme Court 8 December 2003.

*The Del Re' Law Firm, by Benedict J. Del Re' Jr., for plaintiff-appellee.*

*Michael E. Mauney for defendant-appellants.*

PER CURIAM.

AFFIRMED.